IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL ACTION NO. |
| ) | 3:08cr209-MHT |
| CARLOS L. BROOKS ) | (WO) |

ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (doc. no. 65), to which no objections have been filed; and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That the recommendation of the United States Magistrate Judge (doc. no. 65) is adopted; and

(2) That defendant Carlos L. Brooks's motion to suppress statements (doc. no. 32) and amended motion to suppress (doc. no. 55) are denied.

DONE, this the 10th day of September, 2009.

                     /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE