# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:08-cr-209-MHT** |
| | ) | **[wo]** |
| **CARLOS L. BROOKS** | ) | |

## ORDER

Having reviewed Defendant's *pro se Motion to Dismiss Current Counsel and for Appointment of New Counsel* (Doc. 75, 10/14/2009), and, having conducted a hearing on the matter, the Court hereby ORDERS that Defendant's *Motion* be **GRANTED**.

The Court hereby appoints Joseph Brady Lewis to represent Defendant in this matter.

DONE, this 21st day of October, 2009.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE