IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        3:08cr209-MHT
                            )             (WO)
CARLOS L. BROOKS            )
```

## ORDER

This case is before the court on defendant Carlos L. Brooks's motion to authorize disclosure of certain documents that are not publicly available in the court file to his current defense attorney in a new case. The government does not object to the disclosure of the documents. The court finds that the motion should be granted, with certain exceptions. Documents 59, 145, and 188 include court minutes that are only for court use, but the witness and exhibit lists attached to those minutes, and the related exhibits under file, will be disclosed.

Accordingly, it is ORDERED as follows:

(1) The motion for disclosure (doc. no. 198) is granted to the extent set forth below.

    (2) The clerk of the court is directed to provide to defendant Carlos L. Brooks's counsel, Hon. Donald L. Colee, the following documents: doc. nos. 59-1 and 59-2, and the related exhibits that are on file in the clerk's office; 86 and 86-1; 145-1 through 145-4, and the related exhibits that are on file in the clerk's office; 146*; 165; and 182.

    DONE, this the 4th day of January, 2021.

                                    /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE

---

    * The request for document 146 is puzzling because the document appears to be available for public viewing on the docket of this case, but the court grants the request out of an abundance of caution.